UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 3:22-cr-116

vs.

TIMOTHY JEFFERSON,                      District Judge Michael J. Newman

    Defendant.

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 26)**

       This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Timothy Jefferson's guilty plea. Doc. No. 26. There being no objections, the Court **ADOPTS** the report and recommendation in full.

       The Court accepts Defendant's plea of guilty to counts 1 and 7 of the indictment currently pending against him and finds him guilty as charged of knowingly and intentionally conspiring to knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, in violation of 21 U.S.C. § 846, and knowingly possessing a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a United States Court,

in violation of 18 U.S.C. § 924(c).  *See* Doc. No. 2.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

  April 19, 2023                                                   s/Michael J. Newman
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge